**Bruce E. Disenhouse (SBN 078760)**
bdisenhouse@krsattys-riv.com
KINKLE, RODIGER AND SPRIGGS
Professional Corporation
3333 Fourteenth Street
Riverside, California 92501
(951) 683-2410
FAX (951) 683-7759

Attorneys for Defendants COUNTY OF RIVERSIDE and ANDY IVAR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE GERSTNER<br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, ANDY IVAR and DOES 1-10, inclusive,<br><br>Defendants, | CASE NO.: EDCV07-1077VAP (JCRx)<br><br>STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL DOCUMENTS; [~~PROPOSED~~] ORDER THEREON *(As modified)* |

IT IS HEREBY STIPULATED by and through undersigned counsel that: *All terms and conditions set forth below are expressly limited to the discovery phase of this litigation, and do not bind or limit the District Court as to what material is discoverable during the pre-trial, trial, and post-trial phases of this litigation.*

1. All documents identified in Paragraph 2 below are to be designated as "confidential material" which shall be used solely in connection with the ~~preparation and trial~~ *discovery phase* of the within case, Case No. EDCV 07-1077VAP (JCRx) ~~or any related appellate proceeding, and not for any other purpose, including any other litigation~~, except as otherwise permitted by written agreement of counsel for the parties or by order of a Court of competent jurisdiction. Any "confidential material" produced by Defendants or used in this litigation will be stamped or otherwise marked in a

conspicuous location prior to the production or use of the document in this litigation as follows:

**"CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER, Case No. EDCV07-1077VAP (JCRx)**

2. The following documents produced by Defendant COUNTY are to be designated as "confidential material":

 (a) Any internal investigation of the matter that is the subject of this lawsuit, including any taped interviews or photographs.

3. Confidential material may not be disclosed except as provided in paragraph 4 herein.

4. Confidential material may be disclosed only to the following persons:

 (a) Counsel for any party and any party to this litigation;

 (b) Paralegal, stenographic, clerical, and secretarial personnel regularly employed by counsel referred to in Section 4(a);

 (c) Court personnel and stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for and trial of this action , or otherwise at the trial of this action;

 (d) Any outside expert or consultant retained in connection with this action, and not otherwise regularly employed by the parties or their counsel;

  (e) Any "in-house" expert designated by the parties to testify at trial in this matter; and

  (f) Any investigators employed by the parties in connection with this action.

  Nothing in paragraph 4 is intended to prevent officials or employees of the County of Riverside or other authorized governmental officials from having access to the documents if they would have had access in the normal course of their job duties. Further, nothing in this order prevents a witness from disclosing events or activities personally known to him or her, that is, a witness can disclose to others information previously given to the Riverside County Sheriff's Department with respect to what he or she saw, heard, or otherwise sensed.

  5. Each person to whom disclosure is made, with the exception of those identified in paragraph 4 who are presumed to know the contents of this protective order, shall, prior to the time of disclosure, be provided a copy of this order by the person furnishing him/her such material, and shall agree on the record or in writing that he/she has read the protective order, and that he/she understands the provisions of the protective order. Such person also must consent in writing to be subject to the jurisdiction of the United States District Court with respect to any proceeding relating to enforcement of this order, including after the termination of this action for purposes of enforcing the Protective Order. Unless made on the record in this litigation, counsel making the disclosure to any person described above shall retain

KINKLE, RODIGER
AND SPRIGGS
Professional Corporation

the original executed copy of said agreement until final termination of this litigation.

6. If any information and/or documents which are the subject of this Protective Order are presented to this or any other court in any other manner prior to the time of trial, said information and/or documents shall be lodged under seal in an envelope clearly marked as follows: **"CONFIDENTIAL MATERIAL SUBJECT TO A PROTECTIVE ORDER. CASE NO.: EDCV07-1077VAP (JCRx)**

7. At the conclusion of the trial and of any appeal or upon termination of this litigation, all confidential material received under the provisions of this order (including any copies made and/or any computer materials made or stored) shall be tendered back to the attorneys of record for the County of Riverside. Provisions of this order insofar as they restrict the disclosure and use of the material shall be in effect until further order of this Court. The provisions of this paragraph shall not apply to any document or exhibit filed with the Court.

8. By signing and agreeing to this stipulation, Plaintiff is neither stipulating nor agreeing that any of the items shown in paragraph two, above, are in any way privileged or confidential under either California law or under Federal law.

9. The foregoing is without prejudice to the right of any party:

(a) To apply to the Court or to some court of competent jurisdiction, for a further protective order relating to confidential material or relating to discovery in this litigation;

(b) To apply to the Court or to some court of competent jurisdiction, for an order removing the confidential material designation from any documents; and

(c) To apply to the Court for an order modifying this order or for any order permitting disclosure of confidential material beyond the terms of this order.

10. In addition to the above and foregoing, nothing in this order prevents any of the parties to this action from referencing any materials deemed confidential under this order in any motion papers filed with the Court in this action, at the hearing of any motion, or at trial.

\\
\\
\\
\\
\\
\\
\\

KINKLE, RODIGER
AND SPRIGGS
Professional Corporation

STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL DOCUMENTS; [PROPOSED] ORDER THEREON

1
2
3  **IT IS SO STIPULATED**.
4
5  DATED:
6
   KINKLE, RODIGER AND SPRIGGSProfessional Corporation
7
8  _____
   BRUCE E. DISENHOUSEDATED:
9
10 _____
   JERRY STEERING
11                                          **ORDER**
12 **IT IS SO ORDERED.**
13
14 DATED: 2/13/08          _____
                           United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KINKLE, RODIGER
AND SPRIGGS
Professional Corporation